

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

August 14, 2024

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Certified Article Number  
9414 7266 9904 2216 0279 51  
SENDER'S RECORD

Pam Leo  
880 Forest Ave., Apt. 5-14  
Portland, ME 04103

Certified Article Number  
9414 7266 9904 2216 0279 44  
SENDER'S RECORD

Kathie Brown  
43 Hyde Road  
Gray, ME 04039

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**  
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:  555 Brook Street, Westbrook, ME 04092  
     Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5 and the Owner/Investor, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    The loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of the Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Corestar Financial Group, LLC its successors and assigns (if MERs) dated December 30, 2006, and recorded in the Cumberland County Registry of Deeds in Book 24801, Page 139. This firm is relying on information provided by the Servicer. **If the borrower is in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt but notice of possible enforcement of our lien against the collateral property. PLEASE NOTE THAT SINCE YOU DID NOT SIGN THE**

EXHIBIT  
F

# PROMISSORY NOTE YOU HAVE NO PERSONAL LIABILITY IN THIS MATTER.

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes & Insurance | Over/short Escrow | Total |
| --- | --- | --- | --- | --- |
| March 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| April 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| May 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| June 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| July 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| August 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| September 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| October 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| November 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| December 1, 2020 | $840.80 | $232.76 | $23.43 | $1,096.99 |
| January 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| February 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| March 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| April 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| May 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| June 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| July 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| August 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| September 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| October 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| November 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| December 1, 2021 | $840.80 | $225.77 | $0.00 | $1,066.57 |
| January 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| February 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| March 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| April 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| May 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| June 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| July 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| August 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| September 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| October 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| November 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| December 1, 2022 | $840.80 | $227.28 | $0.00 | $1,068.08 |
| January 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| February 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| March 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| April 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |

|  |  |  |  |  |
|---|---|---|---|---|
| May 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| June 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| July 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| August 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| September 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| October 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| November 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| December 1, 2023 | $840.80 | $268.30 | $70.91 | $1,180.01 |
| January 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| February 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| March 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| April 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| May 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| June 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| July 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| August 1, 2024 | $840.80 | $363.01 | $114.09 | $1,317.90 |
| Total Payment Amount |  |  |  | $61,289.02 |
| Late Charges |  |  |  | $1,643.44 |
| Corporate Advances |  |  |  | $999.75 |
| Total Amount Due |  |  |  | $63,932.21 |

A portion of the amount due is reasonable interest in the amount of $40,143.70.

**The total amount due does not include any amounts that become due after the date of the notice.**

There is a right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $63,932.21 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Fay Servicing, LLC**
**Attention: Payments**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this timeframe, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss this loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., there is a right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If the conditions above are met, the borrower will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. The borrower has the right in any lawsuit for foreclosure and sale to argue that he/she did keep their promises and agreements under the Note and under the Security Instrument, and to present any other defenses that they may have.

There may be options available other than foreclosure. Available options may be discussed with the mortgagee, which is U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development. It is encouraged that borrowers explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, the borrower may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. This list may also be reviewed by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify the mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification

or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty-day period. If the borrower is in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against the borrower personally but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5

by its attorney

Reneau J. Longoria, Esq.

SM
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56540

# HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

# National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



WALZ CERTIFIED MAILER®  FROM **WALZ**  FORM #45663 VERSION: E0822

Label #1

Label #2

Katherine Brown
43 Hyde Road
Gray, ME 04039

Label #3

A  FOLD AND TEAR THIS WAY → OPTIONAL

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS™ ARTICLE NUMBER
9414 7266 9904 2216 0279 44

| | |
|---|---|
| Certified Mail Fee | $ 4.85 |
| Return Receipt (Hardcopy) | $ 4.10 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .97 |
| Total Postage and Fees | $ 9.92 |

Postmark Here

← TEAR ALONG THIS LINE →

Sent to:
Katherine Brown
43 Hyde Road
Gray, ME 04039

**Reference Information**
SM/SM
Bradley Jellison
56540

PS Form 3800, Facsimile, July 2015

---

B

Label #4

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0279 47

FOLD AND TEAR THIS WAY →

Label #7 - Certified Mail Article Number



SM-56540



**Doonan, Graves & L**
ATTORNEYS AT LAW | EXCEL
100 CUMMINGS CENTER, S
BEVERLY, MASSACHUSET

Katherine Brown
43 Hyde Road
Gray, ME 04039

CERTIFIED MAIL

9434 7266 9904 2236 0279 44

FIRST-CLASS

ZIP 01915
02 7H
0001338074
US POSTAGE (IMI) PITNEY BOWES
$ 009.92⁰
AUG 14 2024

---

SM-56540



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Katherine Brown
43 Hyde Road
Gray, ME 04039

FIRST-CLASS

ZIP 01915
02 7H
0001338074
US POSTAGE (IMI) PITNEY BOWES
$ 000.97⁰
AUG 14 2024

SM-56540



**Doonan, Graves & l**
ATTORNEYS AT LAW | EXCE

100 CUMMINGS CENTER,
BEVERLY, MASSACHUSET

Pamela Leo
880 Forest Ave
Apt. 5-14
Portland, ME 04103

CERTIFIED MAIL

9434 7266 9904 2216 0279 51

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE PITNEY BOWES
$ 009.92⁰
AUG 14 2024

---

SM-56540



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Pamela Leo
880 Forest Ave
Apt. 5-14
Portland, ME 04103

FIRST-CLASS

ZIP 01915
02 7H
0001338074

US POSTAGE PITNEY BOWES
$ 000.97⁰
AUG 14 2024

| From: | Nobody |
|---|---|
| To: | Sam Manco |
| Subject: | Pre-Foreclosure Reporting Form Submission |
| Date: | Wednesday, August 14, 2024 11:34:49 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166


-----

Consumer Information

-----

Consumer First name:Pam
Consumer Middle Initial/Middle Name:
Consumer Last name:Leo
Consumer Suffix:
Property Address line 1:555 Brook Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Westbrook
Property Address State:
Property Address zip code:04092
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:8/14/2024
Amount needed to cure default:63,932.21
Consumer Address line 1:880 Forest Ave.
Consumer Address line 2:Apt. 5-14
Consumer Address line 3:
Consumer Address City/Town:Portland
Consumer Address State:ME
Consumer Address zip code:04103
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.

|              |                                                |
|--------------|------------------------------------------------|
| **From:**    | Nobody                                         |
| **To:**      | Sam Manco                                      |
| **Subject:** | Pre-Foreclosure Reporting Form Submission      |
| **Date:**    | Wednesday, August 14, 2024 11:59:45 AM         |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2019-R5
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166


-----

Consumer Information

-----

Consumer First name:Kathie
Consumer Middle Initial/Middle Name:
Consumer Last name:Brown
Consumer Suffix:
Property Address line 1:555 Brook Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Westbrook
Property Address State:
Property Address zip code:04092
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:8/14/2024
Amount needed to cure default:63,932.21
Consumer Address line 1:43 Hyde Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Gray
Consumer Address State:ME
Consumer Address zip code:04039
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender

does not guarantee safety. If it seems odd, please contact support or the sender directly.



# Certificate Of Mailing

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

**To:**
Pam Leo
880 Forest Ave., Apt. 5-14
Portland, ME 04103

PS Form 3817, April 2007 PSN 7530-02-000-9065

$2.00 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

Postmark Here





# Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:** Kathie Brown

43 Hyde Road

Gray, ME 04039

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here





Postmark Here

